McFADDEN v. McFADDEN

No. 472P91

Case below: 104 N.C.App. 139

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 December 1991.

MURRAY v. McCALL

No. 377P91

Case below: 103 N.C.App. 525
            330 N.C. 119

Petition by defendant (Stephenson) for reconsideration of petition for discretionary review dismissed 5 December 1991.

NUCOR CORP. v. GENERAL BEARING CORP.

No. 378PA91

Case below: 103 N.C.App. 518

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 5 December 1991.

SHAW v. BURTON

No. 468P91

Case below: 104 N.C.App. 113

Petitions by plaintiffs and defendant (Margaret Foster Knight) for discretionary review pursuant to G.S. 7A-31 denied 5 December 1991.

SLATE v. MARION

No. 476P91

Case below: 104 N.C.App. 132

Petition by defendants (Shropshires) for discretionary review pursuant to G.S. 7A-31 denied 5 December 1991.